| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Manglona, Ramona V. | 2. Court or Organization<br><br>District Court for the Northern Mariana Islands | 3. Date of Report<br><br>07/06/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>1671 Gualo Rai Road<br>P.O. Box 500687<br>Saipan, MP 96950 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager Member (Jan. 1, 2020 - July 31, 2020) | Mansvilla Properties, LLC (manager-managed) |
| 2. | Member (Aug. 1, 2020 - current) | Mansvilla Properties, LLC (manager-managed) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam- cash accounts | A | Interest | L | T | | | | | |
| 2. First Hawaiian Bank cash accounts | | None | | | Closed | 09/25/20 | J | | |
| 3. Sunset Life Insurance (Universal) | A | Interest | J | T | | | | | |
| 4. Rental Property- DFS, Garapan, Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 5. Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | D | Rent | M | W | | | | | |
| 6. Rental Property- Antenna, Fina Sisu (LLC's Line 39) (X) | A | Rent | | | | | | | |
| 7. Rental Property- Landing Zone, Dandan (LLC's Line 17) (X) | B | Rent | | | | | | | |
| 8. Rental Property- Chalan Kanoa (LLC's Line 14) (X) | B | Rent | | | | | | | |
| 9. Mansvilla Properties, LLC- lines 10 to 56 | G | Int./Div. | P1 | U | | | | | |
| 10. - Garapan 1, 2 (8/22/92; $700,000) | | None | O | R | | | | | |
| 11. - Garapan 3 (4/20/79; $25,000) | | None | K | R | | | | | |
| 12. - Navy Hill parcel 1 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 13. - Navy Hill parcel 2 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 14. - Chalan Kanoa parcel 1 (1/21/1964; $2,250) | | | J | R | | | | | |
| 15. - Chalan Kanoa parcel 2 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 16. - Chalan Kanoa parcel 3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 17. - Dandan parcel 1 (7/29/1993; $10) | | | J | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Dandan parcel 2 (1/02/1988; $24,650) | | None | K | R | | | | | |
| 19.    - Dandan parcel 3 (7/25/1988; $365,000) | | None | N | R | | | | | |
| 20.    - Tuturam parcel 1 (8/27/1987; $70,000) | | None | L | R | | | | | |
| 21.    - Tuturam parcel 2 (5/13/1986; $25,000) | | None | K | R | | | | | |
| 22.    - Tuturam parcel 3 (8/31/1987; $134,532) | | None | M | R | | | | | |
| 23.    - Papago parcel 1 (3/30/1995, $20) | | None | J | R | | | | | |
| 24.    - Papago parcel 2 (12/23/1987; $500,000) | | None | N | R | | | | | |
| 25.    - Papago parcel 3 (3/17/1988; $25,000) | | None | K | R | | | | | |
| 26.    - Papago parcel 4 (4/14/1988; $10,000) | | None | J | R | | | | | |
| 27.    - Papago parcel 5 (4/20/1988; $33,000) | | None | K | R | | | | | |
| 28.    - As Perdido parcel 1,2 (6/03/1991; $10) | | None | J | R | | | | | |
| 29.    - As Perdido parcel 3(11/5/1987; $52,000) | | None | L | R | | | | | |
| 30.    - As Perdido parcel 4 (6/3/1987; 4bdrm house &furniture) | | None | M | W | | | | | |
| 31.    - As Perdido parcel 5(7/01/1988; $300,000) | | None | N | R | | | | | |
| 32.    - Chalan Kiya parcel 1,2 (5/19/1987; $400,000) | | None | N | R | | | | | |
| 33.    - San Roque parcel 1(8/30/1993; $100,000) | | None | L | R | | | | | |
| 34.    - Finasisu #1,2 (2/1/2000; $50,025) (House #924) | D | Rent | L | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Finasisu #3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 36.  -Finasisu #4 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |
| 37.  -Finasisu #5 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |
| 38.  -Finasisu #6 (10/12/1999; Part of Gov't Land Exchange) | | None | M | W | | | | | |
| 39.  -Finasisu #7 antenna (1/13/2010; $9,000) | | | J | Q | | | | | |
| 40.  -Finasisu #8,9,10, 11, 12 (3/16/1991; $300,000) | | None | N | R | | | | | |
| 41.  - Tanapag parcel 1 (7/30/1990; $2,000) | | None | J | R | | | | | |
| 42.  - San Jose Village parcel 1,2,3 (6/28/2002; $80,000) | | None | L | R | | | | | |
| 43.  - Rota property 1 (2/25/1989; $300,000) | | None | N | R | | | | | |
| 44.  - Rota property 2 (2/25/1989; $95,000) | | None | L | R | | | | | |
| 45.  - Rota property 3 (3/03/1989; $120,000) | | None | M | R | | | | | |
| 46. | | | | | | | | | |
| 47.  - United Micronesia Development Association (UMDA) | | None | K | T | | | | | |
| 48.  - Saipan Shipping Co. stock | C | Dividend | J | T | | | | | |
| 49.  - Saipan Stevedore stock | C | Dividend | J | T | | | | | |
| 50.  - Duty Free Shop stock | A | Dividend | J | T | | | | | |
| 51.  - Pacific Sky Travel stock | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - San Roque Beach stock | | None | J | T | | | | | |
| 53.   - M.S. Villagomez stock | G | Dividend | N | T | | | | | |
| 54.   - NMDC stock | | None | J | T | | | | | |
| 55.   -Micronesia Construction Co. stock | | None | J | T | | | | | |
| 56.   -Bank of Guam cash accounts | A | Interest | K | T | | | | | |
| 57. | | | | | | | | | |
| 58.   Ameriprise ACC Cash Reserve Certificate | A | Interest | J | T | | | | | |
| 59.   Ameriprise Strategic Portfolio and<br>Brokerage Acct (60-79, 81-87) | | | | | | | | | |
| 60.   -Amazon.com | | None | K | T | Sold<br>(part) | 02/28/20 | K | C | |
| 61.   -Apple Inc. | A | Dividend | L | T | Sold<br>(part) | 02/28/20 | K | D | |
| 62.   -Coca Cola Company | A | Dividend | J | T | | | | | |
| 63.   -Facebook Inc Cl A | | None | K | T | Sold<br>(part) | 02/28/20 | K | B | |
| 64.   -Facebook Inc Cl A | | None | | | Sold<br>(part) | 06/09/20 | J | C | |
| 65.   -Janus Henderson Global Equity Income Cl I | A | Dividend | J | T | | | | | |
| 66.   -Hawaiian Electric Industries | A | Dividend | J | T | | | | | |
| 67.   -iShares Core Moderate Allocation ETF | A | Dividend | J | T | | | | | |
| 68.   -Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Franklin Mutual Quest Cl Z | B | Dividend | K | T | | | | | |
| 70. -Verizon Communications | A | Dividend | J | T | | | | | |
| 71. -Walt Disney Co | A | Dividend | K | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 72. -Walt Disney Co | | None | | | Sold<br>(part) | 02/28/20 | J | A | |
| 73. -Walt Disney Co | | None | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 74. -Netflix Inc. | | None | K | T | Sold<br>(part) | 06/09/20 | J | B | |
| 75. -AT&T Inc | B | Dividend | K | T | | | | | |
| 76. -Microsoft Corp | A | Dividend | L | T | Buy | 04/17/20 | J | | |
| 77. -Alphabet Inc Cl C | | None | K | T | | | | | |
| 78. -Alphabet Inc Cl A | | None | | | Sold | 06/09/20 | K | D | |
| 79. -Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 80. PB Properties, Inc. | C | Dividend | M | W | | | | | |
| 81. -Gilead Sciences Inc | A | Dividend | J | T | Buy | 04/17/20 | K | | |
| 82. -Hyliion Holdings Corp Cl A | | None | J | T | Buy | 08/26/20 | J | | |
| 83. -Eastman Kodak Co NEW | | None | | | Buy | 07/30/20 | J | | |
| 84. -Eastman Kodak Co NEW (loss) | | None | | | Sold | 12/07/20 | J | | |
| 85. -Nextera Energy Inc | A | Dividend | J | T | Buy | 08/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Sea Ltd ADR | | None | K | T | Buy | 08/17/20 | J | | |
| 87.   -Tesla Inc | | None | K | T | Buy | 08/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 6 to 8: In 2020, Mansvilla Properties, LLC (see next explanation) assigned the rental income for these three properties directly to its members for the duration of their ground leases. Therefore, I'm reporting the receipt of my share of the income, but the assets are still ownedd by the LLC.

Part VII, line 9, header for Mansvilla Properties, LLC's assets (lines 10 to 55) that were received from the Family Trust's 2019 distributions upon the dissolution of the Trust in 2018. All the original Trust beneficiaries or their heirs are members of the LLC. All income received for the year is included in Column C of the income earning asset listed. Mansvilla Properties, LLC is a CNMI company created in late 2018 in which I am a managing member and only the Trust beneficiaries are members. The last LLC asset listed (line 56) is the company's bank accounts. On July 31, 2020, I tendered my resignation as a manager-member. However, I remain a member of the LLC.

Part VII, lines 10 to 45. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands (CNMI). Column C(1) does NOT have the current value because the properties have not been appraised recently, and it would be unduly burdensome to have an appraisal done every year. Also, because Article X, Section 5 of the CNMI Constitution prohibits real property taxes, there is no tax assessment value available to use. The acquisition cost or the last appraised value obtained, if available, is used instead.

Part VII, line 46 re:Tanapag parcels 1&2 was included in 2018 because of a quitclaim deed to the Trust. However, upon careful review during the dissolution process, the Trustees learned the grantor had previously transferred his interest. Therefore, the Trustees did not distribute this as an asset but instead considered it "closed" upon the Trust's dissolution. The line remains blank for this reason.

Part VII, lines 57. This line is purposely left blank to show the assets were previously transferred to an entity that I have no financial interest or control over, to wit: Mansvilla Investments, LLC.

Part VII, line 59. Header for my personal investments with Ameriprise Financial (lines 60 to 79, 81 to 87).

Part VII, line 80. PB Properties, Inc. is [redacted] company. Half of the shares was subject to probate starting in 2013, which is still pending with some partial distributions that are still appealable. The other half was assigned [redacted] 2014, from which [redacted] acquired a one-eighth interest. However, all corporate income was subject to the probate.

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544